Submitted on record and briefs December 19, 1991, reversed and remanded with instructions to dismiss indictment on some Counts; other convictions affirmed and remanded for resentencing January 22, 1992

STATE OF OREGON,
*Respondent,*

*v.*

DAVID JAMES GONZALES,
*Appellant.*

(90-05-4931-C, 89-10-4728-C;
CA A66614 (Control), A67041)
(Cases Consolidated)

822 P2d 761

Sally L. Avera, Public Defender, and Eric R. Johansen, Deputy Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

